**MEMO ENDORSED**

# DOMENICK J. PORCO
Attorney At Law
571 White Plains Road – Second Floor
Eastchester, New York 10709
(914) 725-6000

ALYSSA J. PORCO
Of Counsel
(Also Admitted in NJ & CT)

FILED BY ECF

djporcolaw@gmail.com

Application granted. Domenick Porco is reappointed as counsel for Defendant Bruce Lewis for the purpose of his motion for compassionate release. Clerk of the Court requested to terminate the motions (docs. 282 and 285). Counsel directed to mail a copy of this endorsement to Defendant.

Dated: July 29, 2020
SO ORDERED.

Nelson S. Román, U.S.D.J.

July 28, 2020

Honorable Nelson S. Roman
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re: U.S. v. Bruce Lewis
    16 CR 786 (NSR) -01

Dear Judge Roman,

In July of 2019 Your Honor sentenced the above-named defendant to a term of imprisonment of 84 months. I was his assigned counsel in the matter. Most recently Mr. Lewis filed a request with the Court seeking to have me re-appointed as his counsel for the purpose of submitting a motion for "compassionate release" based on his advanced age, poor state of health and the threat posed by the COVID-19 pandemic.

Because of my familiarity with the case and with Mr. Lewis' personal background, I believe I am well suited to prosecute a motion for his compassionate release. Therefore, I join Mr. Lewis' request and ask that Your Honor appoint me as his counsel.

As always, thank you for your consideration.

Respectfully yours,

DOMENICK J. PORCO
DJP/dp

cc. (by ECF): Michael Maimin, AUSA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2020