USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

BRUCE LEWIS,

          Defendant.

**ORDER**

No. 16 CR 786-01 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    On August 3, 2022, the Mandate of the United States Court of Appeals for the Second Circuit was filed in this action, remanding the case and directing this Court to "vacate Appellant [Bruce Lewis]'s judgment of conviction and his terms of imprisonment and supervised release, and to enter an order that the forfeiture amount Lewis has paid and the statutory $100 special assessment be repaid to Lewis's estate." (ECF No. 363.)

    Accordingly, it is hereby ORDERED that Defendant Lewis' Judgment of Conviction (ECF No. 227) is VACATED; and it is further ORDERED that Defendant Lewis' terms of imprisonment and supervised release is VACATED; and it is further ORDERED that the Clerk of the Court shall within thirty (30) days of this Order issue a check, in the monetary amount of the asset Defendant Lewis forfeited to the United States, plus the statutory $100 special assessment, payable to the Estate of Bruce Lewis, and forward same to counsel of record for Defendant Bruce Lewis and the Estate of Bruce Lewis.

Dated: September 8, 2022
White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE